**DISMISS; Opinion Filed June 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00849-CV

**CHRISTI CHAPMAN, Appellant**
**V.**
**XEN THI TRAN, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14119**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

Before the court is appellant's unopposed motion for nonsuit. Appellant has informed the Court that she no longer wishes to pursue the appeal. In accordance with appellant's request, we grant appellant's motion and dismiss the appeal and the underlying case with prejudice to refiling it. *See* TEX. R. APP. P. 42.1(a)(1).

/ David Evans/
DAVID EVANS
JUSTICE

140849F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTI CHAPMAN, Appellant

No. 05-14-00849-CV     V.

XEN THI TRAN, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-14119.
Opinion delivered by Justice Evans.
Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** and the underlying case with prejudice to refiling it.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 16th day of June, 2015.